# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# AT KANSAS CITY

| | |
|---|---|
| PERFORMING ARTS COMMUNITY IMPROVEMENT DISTRICT, <br><br> Plaintiff, <br><br> v. <br><br> ACE AMERICAN INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No.: 4:13-cv-00945-ODS |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Performing Arts Community Improvement District ("CID"), by and through its counsel of record, hereby appeals to the United States Court of Appeals for the Eighth Circuit from: (1) the "Order and Opinion (1) Denying Plaintiff's Motion for Partial Summary Judgment and (2) Granting Defendant's Motion For Summary Judgment" [Doc. 89], entered on June 3, 2015; (2) the "Judgment in Civil Case" [Doc. 90], entered on June 3, 2015; and (3) all other adverse orders, rulings and judgments entered in the above-entitled matter.

Respectfully submitted,

LATHROP & GAGE LLP


By: */s/ Greer S. Lang*
Leonard B. Rose (18108)
Sherman A. Botts (35128)
Greer S. Lang (40107)
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: 816.292.2000
Telecopier: 816.292.2001
lrose@lathropgage.com
sbotts@lathropgage.com
glang@lathropgage.com

**Attorneys for Plaintiff**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 6, 2015, the above and foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

*/s/ Greer S. Lang*
**An Attorney for Plaintiff**